456 F.2d 800
 79 L.R.R.M. (BNA) 2190, 67 Lab.Cas. P 12,300
 *N. L. R. B.
v.
George Braun Packing Company
 71-1553
 UNITED STATES COURT OF APPEALS Fifth Circuit
 Dec. 23, 1971
 
 1
 NLRB Tex.
 
 
 2
 (citing NLRB v. Gulfmont Hotel Company, C.A.5, 362 F.2d 588)
 
 
 3
 ---------------
 
 
 
 * Summary Calendar cases; Rule 18, 5 Cir.,; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of